**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DAVID MARSHALL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-2159 |
| TERRY TERRELL, WARDEN | * | SECTION: "A"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that the State submit, within 90 days of this order adopting the Report and Recommendation, a response addressing the merits of petitioners's application for federal habeas relief.

New Orleans, Louisiana, this 27th day of October, 2006.

UNITED STATES DISTRICT JUDGE