UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID MARSHALL, #450150** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-2159** |
| **TERRY TERRELL, WARDEN** | **SECTION "S" (6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the petition of David Marshall for issuance of a writ of *habeas corpus* under Title 28, United States Code, Section 2254, be DENIED.

New Orleans, Louisiana, this  5th   day of        June       , 2008.

_____
UNITED STATES DISTRICT JUDGE